Elizabeth Gleason, an Infant, by Georgina Gleason, Her Guardian ad Litem, Respondent, v. James Cunningham, Son & Company, a Corporation, Appellant, Impleaded with Others.—Motion for leave to appeal to Court of Appeals denied with ten dollars cost and disbursements. (See *ante*, p. 893.)

Joseph Fried, Respondent, v. Henry Danziger, Jr., and Others, Appellants.— Motion granted to amend decision so as to read " Judgment and order reversed and new trial ordered on law and facts, with costs to the appellant to abide event, with leave to the plaintiff to withdraw his appeal to the Court of Appeals, without costs." Opinion by Spring, J. (See 120 App. Div. 604.) All concurred.

## Third Department, September, 1907.

Edwin G. Moore, Appellant, v. William N. Coler, Sr., and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. All concurred, except Smith, P. J., and Sewell, J., dissenting.

In the Matter of the Final Judicial Settlement of the Accounts of H. Prior King and John H. Barker as Temporary Administrators of the Estate of George R. Finch, Deceased.— Motion denied.

William M. Rouse, Respondent, v. Daniel F. Payne and Samuel H. Hodgkins, Impleaded with Carrie A. Whitney and Jesse Braman, Appellants.— Motion denied.

Cornelia Van Druten, an Infant, by Mary Van Druten Capell, Her Guardian ad Litem, Respondent, v. Isaac Roff, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

Earle D. Crammond, an Infant, by Elizabeth B. Orr, His Guardian ad Litem, Respondent, v. International Paper Company, Appellant.— Motion denied.

Harry S. Gordon, Appellant, v. Ellenville and Kingston Railroad Company, Respondent.— Motion granted.

Charles H. Kavanaugh, Who. Sues on Behalf of Himself, etc., Plaintiff, v. Commonwealth Trust Company of New York, Charles W. Wetmore and Charles F. Brooker, Impleaded with Others, Defendants.— Motion granted, and question certified as follows: Does the complaint of the plaintiff state facts sufficient to constitute a cause of action against the defendants Charles W. Wetmore and Charles F. Brooker ?

Thomas S. McLachlin, Appellant, v. Village of Whitehall, Respondent.— Judgment unanimously affirmed, with costs. No opinion.